

# THE THIRTEENTH COURT OF APPEALS

13-19-00392-CV

Ryan Sanders and all Occupants
v.
Stephen W. Dean

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2019CCV-60944-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, Ryan Sanders and all Occupants, although they are exempt from payment due to their inability to pay costs.

We further order this decision certified below for observance.

November 26, 2019